# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLEO LIBANG; AND SABRINA
COLON,

Appellants,

vs.

CHIDINMA ANOSHIRI,

Respondent.

No. 75304

FILED

AUG 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Connie J. Steinheimer, District Judge
       Paul F. Hamilton, Settlement Judge
       Coulter Harsh Law
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Washoe District Court Clerk

18-29930